IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
APR - 2 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 3:19-CR- 063 |
| v. | ) 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | ) Distribution of Heroin |
| | ) (Counts One, Two, and Three) |
| ANTWAIN ONEAL CARTER, | ) |
| | ) Forfeiture Notice |
| Defendant. | ) |

## INDICTMENT

### APRIL 2019 TERM - At Richmond, Virginia

THE GRAND JURY CHARGES THAT:

#### COUNT ONE
(Distribution of Heroin)

On or about September 6, 2018, in the Eastern District of Virginia, and within the jurisdiction of this Court, the defendant, ANTWAIN ONEAL CARTER, did knowingly, intentionally, and unlawfully distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)).

#### COUNT TWO
(Distribution of Heroin)

On or about September 12, 2018, in the Eastern District of Virginia, and within the jurisdiction of this Court, the defendant, ANTWAIN ONEAL CARTER, did knowingly, intentionally, and unlawfully distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)).

## COUNT THREE
(Distribution of Heroin)

On or about September 25, 2018, in the Eastern District of Virginia, and within the jurisdiction of this Court, the defendant, ANTWAIN ONEAL CARTER, did knowingly, intentionally, and unlawfully distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Counts One, Two, or Three of this Indictment, the defendant shall forfeit any property constituting, or derived from any proceeds obtained, directly or indirectly, as the result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

If the property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

A TRUE BILL

FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Stephen E. Anthony
Assistant United States Attorney

2