CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE:

REPORTER:

DOCKET NO. 3:19CR063 (REP)

DATE: 7-11-19

UNITED STATES OF AMERICA

COUNSEL

v.

1. ANTWAIN ONEAL CARTER

1. Charles J. Homiller, Jr.

**APPEARANCES:** GOVERNMENT STEPHEN E. Anthony _____ (✓)

DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )

DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

**TYPE of PROCEEDINGS:** PLEA _____ ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )

CRIMINAL INFORMATION FILED ( )

OTHER ( ) _____

**BOND HEARING PROCEEDINGS:** DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED ( )

DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )

BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

**OTHER PROCEEDINGS:** Matter scheduled for plea agmt hearing. Court continues matter to allow additional time for defendant to confer w/ attorney

**CASE CONTINUED TO:** 7-12, 2019 AT 4:00 p.M. FOR Plea Agmt

CASE SET: 2:30   BEGAN: 2:33   ENDED: 3:07   TIME IN COURT: 34