CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: **NOVAK**  DOCKET NO. **3:19CR063 (REP)**
REPORTER: **FTR**  DATE: **7-12-19**

UNITED STATES OF AMERICA  COUNSEL

1. **ANTWAIN O'NEAl CARTER**  1. **Charles J. Homiller, Jr.**
2. **39 yrs old**  2. 
3.  3. 
4.  4. 

APPEARANCES: GOVERNMENT **STEPHEN E. ANTHONY** (✓)
DEFENDANT WITH COUNSEL (✓)  DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )  WAIVER OF APPEARANCE FILED ( )

BAIL STATUS: DEFENDANT ON BOND ( )  DEFENDANT INCARCERATED (✓)  BOND NOT SET ( )

TYPE OF PROCEEDINGS: ARRAIGNMENT ( )  ~~RE~~ARRAIGNMENT/GUILTY PLEA (✓)  MOTIONS ( )
OTHER: _____ ( )

PRELIMINARY PROCEEDINGS: WAIVER OF INDICTMENT EXECUTED, FILED (✓)
CRIMINAL INFORMATION FILED ( )
OTHER: **Rule 11 Waiver** (✓)

ARRAIGNMENT PROCEEDINGS:

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | Carter | ✓ | | ✓ | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |

GUILTY PLEA PROCEEDINGS:
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
DEFENDANT ~~RE~~ARRAIGNED ON COUNT(S) **I and II criminal information** (✓)
PLEA BARGAIN AGREEMENT FILED (✓)
STATEMENT OF FACTS FILED (✓)  USED AS SUMMARY (✓)
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) **I and II** (✓)
COURT ACCEPTED PLEA (✓)  GOVERNMENT SUMMARIZED EVIDENCE (✓)
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) **I and II** (✓)
PRESENTENCE REPORT ORDERED (✓)  P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED (✓)  **Deft remanded** (✓)

BOND HEARING PROCEEDINGS:
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $ _____ ( )
BOND SET AT $ _____ WITH SURETY ( )
DEFENDANT CONTINUED ON PRESENT BOND ( )  DEFT REMANDED ( )
GOVERNMENT'S MOTION FOR BENCH WARRANT TO ISSUE IN THE AMOUNT OF
$ _____ WITH SURETY HEARD ( )  GRANTED ( )
BENCH WARRANT TO ISSUE ( )  MOTION DENIED ( )

OTHER PROCEEDINGS:
( ) Government motion to unseal Indictment; granted.
( ) Motions to be filed within 11 days; Responses due 11 days thereafter.
( ) Agreed Discovery Order presented; entered by Court.

CASE CONTINUED TO: **10/10**, 20**19** AT **10:00** A.M. FOR **Sentencing**

CASE SET: **4:00**  BEGAN: **4:00**  ENDED: **4:29**  TIME IN COURT: **29 mins**