IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 3:19-CR-63 |
| | ) |
| ANTWAIN CARTER, | ) |
| | ) |

## STATEMENT OF FACTS

The United States and the defendant agree that the factual allegations contained in this Statement of Facts and in Counts One and Two of the Criminal Information are true and correct, and that the United States could have proven them beyond a reasonable doubt.

1. On September 6, 2018, a confidential informant ("CI") assisted Henrico Police Department in conducting a controlled purchase of heroin from defendant. This transaction occurred in the 1600 block of W. Broad Street, and took place in a Lowe's parking lot.

2. Prior to the transaction, law enforcement met the CI at a predetermined location and searched him/her for any contraband, with negative results. The CI was then equipped with audio and video recording equipment to capture the transaction.

3. The defendant provided $120 worth of heroin to the CI and then departed the parking lot. The CI returned the suspected heroin to law enforcement who then sent the suspected heroin to the Department of Forensic Science for testing. A laboratory report confirmed that the substance was .9354 grams of heroin.

4. Defendant also conducted three other controlled transactions of suspected heroin to a CI on the following dates with the accompanying laboratory examination results:

  a. February 1, 2018 for 4.86 grams of heroin

  b. September 12, 2018 for 2.04 grams of heroin

  c. September 25, 2018 for 1.76 grams of heroin

5. On November ~~11~~ 20, 2018, Henrico Police executed a search warrant at defendant's home in Richmond, Virginia. There, law enforcement recovered suspected heroin and firearms throughout various places in the home, a digital scale, ammunition, and cash. Specifically, law enforcement recovered the following items in defendant's home:

  a. a Metro Arms, American Classic II Model, .45 caliber firearm, serial number A17-00219

  b. a Colt, MK UC Series 80, .380 caliber firearm, serial number MU23805

  c. a Glock 17, 9mm, serial number WMX178

  d. .380 caliber ammunition

  e. 4.75 grams of heroin

  f. Firearms magazines

  g. Firearms holster

6. At all relevant times, the defendant knowingly possessed the firearms and ammunition listed above in paragraph 5. Defendant was a convicted felon at the time that he possessed these firearms and defendant knew that he was a convicted felon at the time that he possessed these firearms. The firearms travelled in and affected interstate commerce.

7. The actions taken by defendant as described above were taken willfully, knowingly, and with the specific intent to violate the law. Defendant did not take those actions by accident, mistake, or with the belief that they did not violate the law. This statement of facts sets forth facts necessary to support defendant's plea of guilty and does not necessarily relate all facts relevant to the charged offenses or other persons who may have been involved in the offense.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Stephen E. Anthony
Assistant United States Attorney

I have consulted with my attorney regarding this Statement of Facts. I knowingly and voluntarily agree that each of the above-recited facts is true and correct and that had this matter gone to trial the United States could have proven each one beyond a reasonable doubt.

Date: 7-9-19

_____
ANTWAIN CARTER
DEFENDANT

I am counsel for the defendant, ANTWAIN CARTER. I have carefully reviewed this Statement of Facts with him and to my knowledge, his decision to agree to this Statement of Facts is an informed and voluntary decision.

Date: 7/9/19

_____
Charles J. Homiller, Jr.
Counsel for the Defendant