IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:19-CR-63 |
| | ) | |
| ANTWAIN CARTER, | ) | |
| Defendant. | ) | |

**MOTION FOR ADDITIONAL ONE-LEVEL REDUCTION PURSUANT TO
U.S.S.G. § 3E1.1(b) FOR TIMELY ACCEPTANCE OF RESPONSIBILITY**

COMES NOW, the United States of America by and through its attorneys and pursuant to U.S. S. G. § 3E1.1(b), moves for an additional one-point reduction in Defendant's offense level for his timely acceptance of responsibility for his own criminal conduct. That would bring the total reduction in Defendant's offense level to three (3) points, and the probation department has taken that three-point reduction into account in the presentencing report and in determining Defendant's sentencing guidelines range. (PSR ¶¶ 24-26, 126.)

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____/s/_____
Stephen E. Anthony
Virginia Bar Number 78246
Assistant United States Attorney
Office of United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Phone: 804-819-5400
Fax: 804-771-2316
Stephen.E.Anthony@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify on the 30th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to Counsel of Record.

                                                      /s/
                                      Stephen E. Anthony
                                      Virginia Bar Number 78246
                                      Assistant United States Attorney
                                      Office of United States Attorney
                                      919 East Main Street, Suite 1900
                                      Richmond, Virginia 23219
                                      Phone:  804-819-5400
                                      Fax:    804-771-2316
                                      Stephen.E.Anthony@usdoj.gov