IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

    v.                                                  Criminal No. 3:19cr63 (DJN)

ANTWAIN CARTER,
    Defendant.

## ORDER

This matter comes before the Court on *pro se* Defendant Antwain Carter's ("Defendant") Letter asking the Court to look into the Government's alleged promise to file a certain motion (ECF No. 37.) The Government is hereby ORDERED to file a response to Defendant's Letter (ECF No. 37) within fourteen (14) calendar days of this Order. Defendant will then be allowed fourteen (14) calendar days to file a reply to the Government's response after the Government files.

The Clerk is directed to provide a copy of this Order to all counsel of record, and to forward a copy to Defendant at his address of record.

It is so ORDERED.

                                                                    /s/
                                             David J. Novak
                                             United States District Judge

Richmond, Virginia
Dated: November 16, 2020