IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DIVISION OF VIRGINA

Dear Clerk, In regards to Case No. 3:19-CR-00063
Subject: Title 28 U.S.C. § 2255, motion

Dear Clerk I am writing to request that you supply/ send me a 2255 motion to vacate form, and a copy of the attorney or last attorney of record for,
U.S. v. Carter Case No. 3:19-CR-00063, at your earliest convience, please. Thank you.

11-16-2020
Date

Antwain Carter
Respectfully,
Antwain Carter

Antwain Carter
Reg. No. 36935-083
Hazelton-F.C.I.
P.O. Box 5000
Bruceton Mills, WV 26525

Antwain O. Carter #36935-083
Hazelton-FCI
P.O. Box 5000
Bruceton Mills, WV 26525

PITTSBURGH PA 150
16 NOV 2020 PM 2 L

Clerk of Court
U.S. District Court
701 East Broad Street Suite 3000
Richmond, VA 23219

U.S. MARSHALS

23219-352899

Legal Mail