IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                          Criminal No. 3:19cr63 (DJN)

ANTWAIN CARTER,
Defendant.

**ORDER**
**(Addressing Defendant's Letter)**

This matter comes before the Court on *pro se* Defendant Antwain Carter's ("Defendant") Letter asking the Court to look into the Government's alleged promise to file a certain motion (ECF No. 37.) On November 16, 2020, the Court ordered the Government to respond to Defendant's Letter (ECF No. 38). Thereafter, on November 30, 2020, the Government filed its Response (ECF No. 42). Having reviewed Defendant's Letter and the Government's Response, the Court finds that no further action is appropriate at this time.

The Clerk is directed to provide a copy of this Order to all counsel of record, and to forward a copy to Defendant at his address of record.

It is so ORDERED.

                                                                   /s/
                                                     David J. Novak
                                                     United States District Judge

Richmond, Virginia
Dated: December 23, 2020