10-31-23

Your Name and BoP # Antwain O. Carter #36935-083
Federal Correctional Complex
P.O Box 1000
Petersburg, VA 23804



Case # 3:19 CR 00063

I'm writing to the Federal Clerk of Court on my behalf to ask for a Court appointed lawyer to see if I'm eligible to apply for "Amendment 821" sentence reduction.

Thanks...
Antwain Carter
A. Carter