

TIMOTHY G. MCCORMICK
Direct Dial:  804.697.4105
Direct Fax:  804.697.6112
E-mail:  tmccormick@cblaw.com

March 13, 2024

**BY ELECTRONIC FILING**

  Re: FORMER DEFENSE COUNSEL RESPONSE TO COURT ORDER

To the Court,

  On February 27, 2024, I was served with a copy of the Sentencing Guideline Recalculation for Antwain O'Neal Carter in Case No. 3:19-cr-63.  On March 13, 2024, Judge David J. Novak issued an order directing me to respond per the Standing Order issued by Judge Lauck on October 31, 2023, *In re: Petitions for Application of Retroactive 2023 Criminal History Amendments to the Sentencing Guidelines*.

  I am no longer a member of the CJA Panel in the Eastern District of Virginia and, accordingly, I do not seek reappointment to resume representation of Mr. Carter in this matter.  I apologize for the delay in responding to Sentencing Guideline Recalculation.

         Sincerely,

         */s/ Timothy G. McCormick*

         Timothy George McCormick
         Christian & Barton, LLP
         901 East Cary Street
         Suite 1800
         Richmond, VA 23219
         Phone: 804-697-4105
         Fax: 804-697-6105
         Email: tmccormick@cblaw.com

         *Former Defense Counsel for Mr. Carter*